**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 5:11-CV-131(MTT)<br>) |
| **$16,241 in UNITED STATES FUNDS,** | )<br>) |
| Defendant. | )<br>) |

## ORDER

This matter having come before the Court on the Plaintiff's Motion to Stay these proceedings, and the Court having reviewed the pleadings, the Court finds good cause to stay these proceedings until completion of the ongoing criminal investigation and any subsequent criminal indictments.

THEREFORE, IT IS HEREBY ORDERED that the above-styled case be stayed pending further order of the Court.

SO ORDERED, this 1st day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT